**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| LESLIE KEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 03-2509 (EGS) |
| v. | ) | |
| | ) | |
| NATIONAL AERONAUTICS AND | ) | |
| SPACE ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED in part**, with regard to the withheld documents, **and DENIED in part without prejudice**, with regard to the adequacy of its search for responsive documents; and it is

**FURTHER ORDERED** that plaintiff's cross-motion for summary judgment is **DENIED without prejudice**; and it is

**FURTHER ORDERED** that the parties are directed to confer and jointly propose search and documentation procedures appropriate for this case. The parties' joint proposal is due to the Court no later than April 30, 2007. If the parties cannot agree on a proposal, separate proposals from each party are due to the Court no later than April 30, 2007.

    **SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **March 27, 2007**